IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SARA TKACHYK, individually and on behalf of herself and all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS HOME & MARINE INSURANCE COMPANY, THE CHARTER OAK FIRE INSURANCE COMPANY, NORTHLAND CASUALTY COMPANY, NORTHLAND INSURANCE COMPANY, PHOENIX INSURANCE COMPANY, ST. PAUL FIRE & MARINE INSURANCE COMPANY, ST. PAUL MERCURY INSURANCE COMPANY, THE STANDARD FIRE INSURANCE COMPANY, TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, TRAVELERS COMMERCIAL INSURANCE COMPANY, THE TRAVELERS INDEMNITY COMPANY, TRAVELERS INDEMNITY COMPANY OF AMERICA, THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, and RODERICK MCNEIL,<br><br>Defendants. | CV 16–28–M–DLC<br><br>ORDER |

Pursuant to the Third Joint Status Report filed by the parties and the notice of a settlement in principal contained therein, and good cause appearing,

IT IS ORDERED that Plaintiff Sara Tkachyk shall file a Motion for Preliminary Approval of Class Settlement on or before December 12, 2016.

DATED this 11th day of October, 2016.

Dana L. Christensen, Chief District Judge
United States District Court