
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

SARA TKACHYK, individually and on
behalf of herself and all other similarly
situated,

               Plaintiff,

    vs.

TRAVELERS HOME & MARINE
INSURANCE COMPANY, THE
CHARTER OAK FIRE INSURANCE
COMPANY, NORTHLAND CASUALTY
COMPANY, NORTHLAND INSURANCE
COMPANY, PHOENIX INSURANCE
COMPANY, ST. PAUL FIRE & MARINE
INSURANCE COMPANY, ST. PAUL
MERCURY INSURANCE COMPANY,
THE STANDARD FIRE INSURANCE
COMPANY, TRAVELERS CASUALTY
INSURANCE COMPANY OF AMERICA,
TRAVELERS COMMERCIAL
INSURANCE COMPANY, THE
TRAVELERS INDEMNITY COMPANY,
TRAVELERS INDEMNITY COMPANY
OF AMERICA, THE TRAVELERS
INDEMNITY COMPANY OF
CONNECTICUT, TRAVELERS
PROPERTY CASUALTY COMPANY OF
AMERICA, and RODERICK MCNEIL,

               Defendants.

CV 16–28–M–DLC

ORDER

Defendants, by and through their attorney Marshal L. Mickelson of the law

firm of Corette Black Carlson & Mickelson, move for the admission of Mark L. Hanover to practice before this Court in this case with Marshal L. Mickelson to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that Defendants' motion to admit Mark L. Hanover *pro hac vice* (Doc. 31) is GRANTED on the condition that Mr. Hanover does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Hanover within fifteen (15) days of this Order files a separate pleading acknowledging his admission under the terms set forth above.

DATED this **3rd** day of January, 2017.

Dana L. Christensen, Chief Judge
United States District Court