
FILED

FEB 1 6 2017

Clerk, U S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SARA TKACHYK, individually and on behalf of herself and all other similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TRAVELERS HOME & MARINE INSURANCE COMPANY, THE CHARTER OAK FIRE INSURANCE COMPANY, NORTHLAND CASUALTY COMPANY, NORTHLAND INSURANCE COMPANY, PHOENIX INSURANCE COMPANY, ST. PAUL FIRE & MARINE INSURANCE COMPANY, ST. PAUL MERCURY INSURANCE COMPANY, THE STANDARD FIRE INSURANCE COMPANY, TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, TRAVELERS COMMERCIAL INSURANCE COMPANY, THE TRAVELERS INDEMNITY COMPANY, TRAVELERS INDEMNITY COMPANY OF AMERICA, THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, and RODERICK MCNEIL,<br><br>　　　　　Defendants. | CV 16–28–M–DLC<br><br>ORDER |

Plaintiff, by and through her attorneys of the law firm Viscomi, Gersh,

Simpson & Joos, PLLP, move for the dismissal of Defendant Roderick McNeil, stating as the basis for the motion that all claims between Mr. McNeil and Ms. Tkachyk have been fully and finally settled on their merits and released. Counsel for the Travelers Defendants does not oppose the motion, and Mr. McNeil has not appeared.

Accordingly, IT IS ORDERED that Plaintiff's motion (Doc. 38) is GRANTED. Plaintiff's claims against Defendant Roderick McNeil are hereby DISMISSED WITH PREJUDICE.

DATED this 16th day of February, 2017.

*Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court