**FILED**

FEB 16 2017

Clerk, U S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SARA TKACHYK, individually and on behalf of herself and all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS HOME & MARINE INSURANCE COMPANY, THE CHARTER OAK FIRE INSURANCE COMPANY, NORTHLAND CASUALTY COMPANY, NORTHLAND INSURANCE COMPANY, PHOENIX INSURANCE COMPANY, ST. PAUL FIRE & MARINE INSURANCE COMPANY, ST. PAUL MERCURY INSURANCE COMPANY, THE STANDARD FIRE INSURANCE COMPANY, TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, TRAVELERS COMMERCIAL INSURANCE COMPANY, THE TRAVELERS INDEMNITY COMPANY, TRAVELERS INDEMNITY COMPANY OF AMERICA, THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, and RODERICK MCNEIL,<br><br>Defendants. | CV 16–28–M–DLC<br><br>ORDER |

Plaintiff and the putative class, by and through their attorneys of the law

firm Viscomi, Gersh, Simpson & Joos, PLLP, move for the approval of JND as class administrator and Pete Yonge as adjuster, stating as the basis for the motion that JND and Mr. Yonge are better equipped and more efficient at performing such duties than class counsel. The motion is further supported by the Affidavit of Judah Gersh and the exhibits attached thereto. Counsel for the Travelers Defendants does not oppose the motion, and Mr. McNeil has not appeared.

Accordingly, IT IS ORDERED that Plaintiff's motion (Doc. 39) is GRANTED. As approval of JND and Mr. Yonge appears to be in the interest of all involved, JND is approved to act as class administrator and Mr. Yonge is approved to act as adjuster at the rates specified in Mr. Gersh's affidavit.

DATED this 16th day of February, 2017.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court