Judah M. Gersh
Brian M. Joos
VISCOMI, GERSH,
SIMPSON & JOOS, PLLP
121 Wisconsin Avenue
Whitefish, MT  59937
(406) 862-7800
gersh@bigskyattorneys.com
joos@bigskyattorneys.com

Alan J. Lerner
LERNER LAW FIRM
P.O. Box 1158
Kalispell, MT 59903-1158
lerner@lernerlawmt.com

Allan M. McGarvey
McGARVEY, HEBERLING, SULLIVAN & LACEY, P.C.
345 First Ave. E.
Kalispell, MT 59901
amcgarvey@mcgarveylaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| SARA TKACHYK, individually and on behalf of herself and all others similarly situated,<br><br>           Plaintiff,<br><br>vs.<br><br>TRAVELERS HOME & MARINE INS. COMPANY, THE CHARTER OAK FIRE INS. COMPANY, NORTHLAND CAS. COMPANY, NORTHLAND INS. COMPANY, PHOENIX INS. COMPANY, ST. PAUL FIRE & MARINE INS. COMPANY, ST. PAUL MERCURY INS. COMPANY, THE STANDARD FIRE INS. COMPANY, TRAVELERS CAS. INS. COMPANY OF AMERICA, TRAVELERS COMMERCIAL INS. COMPANY, THE TRAVELERS INDEM. COMPANY, TRAVELERS INDEM. COMPANY OF AMERICA, THE TRAVELERS INDEM. COMPANY OF CONNECTICUT, AND TRAVELERS PROP. CASUALTY COMPANY OF AMERICA,<br><br>           Defendants. | Case No. 16-CV-00028-DLC<br><br>**MOTION FOR ASSESSMENT OF FEES AND COSTS AGAINST THE COMMON FUND AND APPROVAL OF CLASS REPRESENTATIVE INCENTIVE AWARD** |

Pursuant to Federal Rules of Civil Procedure 23(h), and 54(d)(2), Class Counsel hereby respectfully move the Court for common fund assessments to be paid out of the Settlement Fund:

(a) an award of attorney's fees equaling twenty-five percent of the common

fund (i.e. a fee of $315,119.00) together with a reimbursement of costs in the approximate amount of $375.04, which cost amount is in addition to the costs for JND and Pete Yonge that have already been approved by the Court (Doc. 41); and

    (b) a class representative incentive reward in the amount of $2,500.

This motion is supported by affidavit of counsel and by the brief in support of common fund fees submitted herewith.

    Pursuant to CR 7.1(c)(1), counsel for Defendants has been contacted. He does not oppose this motion, and has approved the proposed FINAL APPROVAL ORDER AND JUDGMENT.

    Dated this 26th day of April, 2017.

By: /s/ Brian M. Joos
Judah M. Gersh
Brian M. Joos
Viscomi, Gersh, Simpson & Joos, PLLP
121 Wisconsin Ave.
Whitefish, MT  59937
Attorneys for Plaintiff